UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AIDA CASTRO-LOPEZ,

    Defendant.
_____/

Hon. Janet T. Neff

Case No. 1:16-cr-00021

**ORDER**

    Defendant appeared before me on March 18, 2016, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f). After being advised of her rights, including those attendant to a detention hearing, defendant waived her right to the hearing. I find that her waiver was knowingly and voluntarily entered.

    Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

    DONE AND ORDERED this 18th day of March, 2016.

    /s/ Phillip J. Green
    PHILLIP J. GREEN
    United States Magistrate Judge